**Hanno KAKOSCH, Appellant**

v.

**Peter LOSCHER, CEO, Siemens Corporation (DC), et al., Appellees**

No. 13–7099.

United States Court of Appeals, District of Columbia Circuit.

Oct. 30, 2013.

**6**

Hanno Kakosch, United Kingdom, pro se.

BEFORE: HENDERSON, GRIFFITH, and KAVANAUGH, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed June 13, 2013, be affirmed. The district court did not abuse its discretion in dismissing the complaint as frivolous. *See, e.g., Denton v. Hernandez,* 504 U.S. 25, 32–33, 112 S.Ct. 1728, 118 L.Ed.2d 340 (1992).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.